No. 10–6060. DUNBAR v. HAWAII. Int. Ct. App. Haw. Certiorari denied.

No. 10–6215. McCRAY v. CHRYSLER LLC. C. A. 8th Cir. Certiorari denied.

No. 10–6244. BOYD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6517. HANSEN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–6519. HARMON v. MARSHAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6522. FULLER v. KELLY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–6529. IRVIN v. TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6552. BROOKS v. SMITH, MAYOR, CITY OF MERIDIAN, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6555. STEWART v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6556. WEBB v. ONIZUKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6558. WHITLOW v. CITY OF ROANOKE, VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–6559. WHITE v. FAIRFAX COUNTY, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 10–6563. DORSEY v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 10–6567. LEWIS v. VAIL, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6568. LEWIS v. KING COUNTY, WASHINGTON. C. A. 9th Cir. Certiorari denied.